**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. 3:11-cv-0301-J-99MMH-TEM |
| | : | |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS). | : | **JURY TRIAL REQUESTED** |
| | : | |
| Defendants. | : | |

**NOTICE OF SCRIVENER'S ERROR**

TO THE CLERK OF COURT AND ALL INTERESTED PARTIES:

1

PLEASE TAKE NOTICE that there exists a scrivener's error in the Complaint in the instant action in that the law firm of IRELAND, CARROLL & KELLEY, P.C. was incorrectly identified being as "Of Counsel" for Plaintiff, instead of R. Mark Dietz of the law firm of DIETZ & JARRARD, P.C., 106 Fannin Ave. East, Round Rock, Texas 78664, Tel. (512) 244-9314, Fax (512, 244-3766.  Attorney R. Mark Dietz is lead trial counsel for Plaintiff and submits his motion to be addmitted *pro hac vice* simultaneously with this notice. Otis W. Carroll and Wesley Hill of Ireland, Carroll, & Kelley have not been retained and do not represent the Plaintiff in this action.

Respectfully submitted April 12, 2011.

*/s/Brian R. Gilchrist*
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT**
  **MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343

**Attorneys for Plaintiff,**
PJC LOGISTICS, LLC

OF COUNSEL:

R. Mark Dietz
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314

- 3 -

## CERTIFICATE OF FILING

    I HEREBY CERTIFY that on April 12, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

                                     */s/Brian R. Gilchrist*
                                     Brian R. Gilchrist, Florida Bar No. 774065