**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. 3:11-cv-0301-J-99MMH-TEM |
| | : | |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS). | : | **JURY TRIAL REQUESTED** |
| Defendants. | : | |

**MOTION FOR ADMISSION OF OUT-OF-STATE COUNSEL**

COMES NOW Plaintiff, PJC Logistics, LLC, and moves this Court for *Pro Hac Vice* admission of out-of-state counsel, and in support thereof, would respectfully show the Court as follows:

Counsels' Applications for *Pro Hac Vice* Admission and Designation and Consent to Act are attached hereto.

## LOCAL RULE 2.02 CERTIFICATION

The undersigned further certifies that the fees required for Special Admission to Practice in the Middle District of Florida pursuant to Rule 2.02(a)(1) will be delivered to the Clerk of Court, along with the executed Special Admission Attorney Certification forms.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff certifies that he does not know who will potentially represent Defendants in this matter and is therefore unable to comply with Local Rule 3.01(g).

WHEREFORE, Plaintiffs respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice* and such other and further relief as the Court deems just and proper.

Respectfully submitted April 12, 2011.

        */s/Brian R. Gilchrist*
        Brian R. Gilchrist, FL Bar #774065
        bgilchrist@addmg.com
        ALLEN, DYER, DOPPELT
          MILBRATH & GILCHRIST, P.A.
        255 South Orange Avenue, Suite 1401
        Post Office Box 3791
        Orlando, FL 32802-3791
        Telephone: (407) 841-2330
        Facsimile: (407) 841-2343

## APPLICATION FOR ADMISSION PRO HAC VICE
## BY R. MARK DIETZ

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, R. MARK DIETZ, and applies for Admission *Pro Hac Vice* in the above entitled and numbered cause, and in support thereof, would respectfully show the Court as follows:

1. Applicant's business address is:

   DIETZ & JARRARD, P.C.
   106 Fannin Avenue East
   Round Rock, TX 78664
   Telephone:   (512) 244-9314
   Facsimile:   (512) 244-3766

2. Applicant was admitted to practice in the State of Texas on June 10, 1977.

3. Applicant is a member in good standing of the Bar of the State of Texas and the State of Kansas, and the U.S. Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

4. Applicant was admitted to practice in the U.S. District Court for the Western District of Texas on November 15, 1978; the Eastern District of Texas on February 10, 2011; the Northern District of Texas on September 16, 1994, the Southern District of Texas on June 10, 1997, and the U.S. District Court of Kansas on April 20, 1979, and is otherwise eligible to practice before this Court.

5. Applicant is not currently suspended or disbarred in any other Court.

6. There are no pending grievances or other criminal matters pending against Applicant.

7. Applicant represents Plaintiff, PJC LOGISTICS, LLC.

8.  Applicant has read and will comply with the Local Rules of the Middle District of Florida.

WHEREFORE, Applicant respectfully requests this Court grant this application to appear *Pro Hac Vice*.

Respectfully submitted April 12, 2011.

                                         */s/R. Mark Dietz*
                                         R. Mark Dietz, Esq.
                                         Texas Bar No. 05857200
                                         rmdietz@lawdietz.com
                                         DIETZ & JARRARD, P.C.
                                         106 Fannin Avenue East
                                         Round Rock, TX 78664
                                         Telephone:   (512) 244-9314
                                         Facsimile:    (512) 244-3766

## **DESIGNATION AND CONSENT TO ACT**

COMES NOW, the undersigned, as non-resident attorneys representing Plaintiff, PJC Logistics, LLC, and files this Designation and Consent to Act in compliance with Local Rule 2.02(a)(1) of this Court, as follows:

Papers and notices in this cause may be served upon:

      Brian R. Gilchrist, FL Bar No. 774065
      bgilchrist@addmg.com
      ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
      255 South Orange Ave., Suite 1401
      Post Office Box 3791
      Orlando, FL  32802-3791
      Telephone:   (407) 841-2330
      Facsimile:    (407) 841-2343

Mr. Gilchrist and his law firm will be responsible for the progress of the matter in default of the undersigned.

Respectfully submitted April 12, 2011.

    */s/R. Mark Dietz*
    R. Mark Dietz, Esq.
    Texas Bar No. 05857200
    rmdietz@lawdietz.com
    DIETZ & JARRARD, P.C.
    106 Fannin Avenue East
    Round Rock, TX 78664
    Telephone:   (512) 244-9314
    Facsimile:    (512) 244-3766

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Respectfully submitted April 12, 2011.

    */s/Brian R. Gilchrist*
    Brian R. Gilchrist, FL Bar #774065
    bgilchrist@addmg.com
    ALLEN, DYER, DOPPELT
      MILBRATH & GILCHRIST, P.A.
    255 South Orange Avenue, Suite 1401
    Post Office Box 3791
    Orlando, FL  32802-3791
    Telephone:    (407) 841-2330
    Facsimile:     (407) 841-2343

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on April 12, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

    */s/Brian R. Gilchrist*
    Brian R. Gilchrist, Florida Bar No. 774065