# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PJC LOGISTICS, LLC,        :
                :
       Plaintiff    :
                :
  vs.            : Case No. 3:11-cv-0301-J-37TEM
                :
AAA COOPER TRANSPORTATION,  : **JURY TRIAL REQUESTED**
INC.; ALLIED AUTOMOTIVE GROUP, :
INC.; ALLIED HOLDINGS, INC.;   :
ARMELLINI EXPRESS LINES, INC.;  : **MOTION FOR ADMISSION OF**
ARNOLD TRANSPORTATION    : **OUT-OF-STATE COUNSEL**
SERVICES, INC.; BOYD BROS.    :
TRANSPORTATION, INC.; BYNUM  :
TRANSPORT; CANNON EXPRESS, INC.; :
THE COCA-COLA COMPANY;    :
COMCAR INDUSTRIES, INC.; CYPRESS :
TRUCK LINES, INC.; EAGLE MOTOR :
LINES, LLC; FLORIDA ROCK AND  :
TANK LINES, INC.; INDIAN RIVER  :
TRANSPORT CO.; JACKSON     :
TRUCKING COMPANY, INC.;     :
KENNESAW TRANSPORTATION, INC.; :
LANDSTAR SYSTEM, INC.; MCI    :
EXPRESS, INC.; MCKENZIE TANK  :
LINES, INC.; QUALITY DISTRIBUTION, :
INC.; RYDER SYSTEM, INC.; SAIA   :
MOTOR FREIGHT LINE, LLC;     :
SOUTHERN CAL TRANSPORT, INC.;  :
THE SUDDATH COMPANIES; TRUCKS, :
INC.; and UNITED PARCEL SERVICE,  :
INC. (UPS).            :
                :
      Defendants.  :
                :

# MOTION FOR ADMISSION OF OUT-OF-STATE COUNSEL

COMES NOW Plaintiff, PJC Logistics, LLC, and moves this Court for *Pro Hac Vice* admission of out-of-state counsel, and in support thereof, would respectfully show the Court as follows:

Counsels' Applications for *Pro Hac Vice* Admission and Designation and Consent to Act are attached hereto.

## LOCAL RULE 2.02 CERTIFICATION

The undersigned further certifies that the fees required for Special Admission to Practice in the Middle District of Florida pursuant to Rule 2.02(a)(1) will be delivered to the Clerk of Court, along with the executed Special Admission Attorney Certification forms.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff certifies that he does not know who will potentially represent Defendants in this matter and is therefore unable to comply with Local Rule 3.01(g).

WHEREFORE, Plaintiffs respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice* and such other and further relief as the Court deems just and proper.

Respectfully submitted May 24, 2011.

>*/s/Brian R. Gilchrist*
>Brian R. Gilchrist, FL Bar #774065
>bgilchrist@addmg.com
>ALLEN, DYER, DOPPELT
>  MILBRATH & GILCHRIST, P.A.
>255 South Orange Avenue, Suite 1401
>Post Office Box 3791
>Orlando, FL  32802-3791
>Telephone:     (407) 841-2330
>Facsimile:     (407) 841-2343

# APPLICATION FOR ADMISSION PRO HAC VICE
# BY STEVEN R. DANIELS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Steven R. Daniels, and applies for Admission *Pro Hac Vice* in the above entitled and numbered cause, and in support thereof, would respectfully show the Court as follows:

1. Applicant's business address is:

   FARNEY DANIELS LLP
   800 S. Austin, Suite 200
   Georgetown, Texas 78626-5845
   Telephone: (512) 582-2820
   Facsimile: (512) 582-2829

2. Applicant was admitted to practice in the State of Texas on May 3, 2000.

3. Applicant is a member in good standing of the Bar of the State of Texas and the State of California, and the U.S. Fifth, Eleventh, and Federal Circuit Courts of Appeals.

4. Applicant was admitted to practice in the U.S. District Court for the Western District of Texas on August 9, 2007; the Eastern District of Texas on November 1, 2004; the Northern District of Texas on February 11, 2009, the Southern District of Texas on February 11, 2009, the Northern District of California on April 4, 2005, the Southern District of California on October 2, 2006, and the Central District of California on March 1, 2005, and is otherwise eligible to practice before this Court.

5. Applicant is not currently suspended or disbarred in any other Court.

6. There are no pending grievances or other criminal matters pending against Applicant.

7. Applicant represents Plaintiff, PJC LOGISTICS, LLC.

8. Applicant has read and will comply with the Local Rules of the Middle District of Florida.

WHEREFORE, Applicant respectfully requests this Court grant this application to appear *Pro Hac Vice*.

Respectfully submitted May 24, 2011.

>/s/Steven R. Daniels
> Steven R. Daniels, Esq.
> Texas Bar No. 24025318
> sdaniels@farneydaniels.com
> FARNEY DANIELS LLP
> 800 S. Austin, Suite 200
> Georgetown, Texas 78626-5845
> Telephone: (512) 582-2820
> Facsimile: (512) 582-2829

## **DESIGNATION AND CONSENT TO ACT**

COMES NOW, the undersigned, as non-resident attorneys representing Plaintiff, PJC Logistics, LLC, and files this Designation and Consent to Act in compliance with Local Rule 2.02(a)(1) of this Court, as follows:

Papers and notices in this cause may be served upon:

> Brian R. Gilchrist, FL Bar No. 774065
> bgilchrist@addmg.com
> ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A.
> 255 South Orange Ave., Suite 1401
> Post Office Box 3791
> Orlando, FL 32802-3791
> Telephone: (407) 841-2330
> Facsimile: (407) 841-2343

Mr. Gilchrist and his law firm will be responsible for the progress of the matter in default of the undersigned.

Respectfully submitted May 24, 2011.

>/s/Steven R. Daniels
> Steven R. Daniels, Esq.
> Texas Bar No. 24025318
> sdaniels@farneydaniels.com
> FARNEY DANIELS LLP
> 800 S. Austin, Suite 200
> Georgetown, Texas 78626-5845
> Telephone: (512) 582-2820
> Facsimile: (512) 582-2829

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Respectfully submitted May 24, 2011.

>/s/Brian R. Gilchrist
> Brian R. Gilchrist, FL Bar #774065
> bgilchrist@addmg.com
> ALLEN, DYER, DOPPELT
>  MILBRATH & GILCHRIST, P.A.
> 255 South Orange Avenue, Suite 1401
> Post Office Box 3791
> Orlando, FL 32802-3791
> Telephone: (407) 841-2330
> Facsimile: (407) 841-2343

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on May 24, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

>/s/Brian R. Gilchrist
> Brian R. Gilchrist, Florida Bar No. 774065