**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PJC LOGISTICS, LLC,                  :

                                       :

                  Plaintiff      :

                                       :

             vs.                :      Case No. 3:11-cv-0301-J-37TEM

                                       :

AAA COOPER TRANSPORTATION,    :      **UNOPPOSED MOTION AND**
INC.; ALLIED AUTOMOTIVE GROUP, :   **MEMORANDUM FOR DOCKET**
INC.; ALLIED HOLDINGS, INC.;     :           **CORRECTION**
ARMELLINI EXPRESS LINES, INC.;  :
ARNOLD TRANSPORTATION        :
SERVICES, INC.; BOYD BROS.       :
TRANSPORTATION, INC.; BYNUM    :
TRANSPORT; CANNON EXPRESS, INC.; :
THE COCA-COLA COMPANY;        :
COMCAR INDUSTRIES, INC.; CYPRESS :
TRUCK LINES, INC.; EAGLE MOTOR  :
LINES, LLC; FLORIDA ROCK AND   :
TANK LINES, INC.; INDIAN RIVER   :
TRANSPORT CO.; JACKSON        :
TRUCKING COMPANY, INC.;        :
KENNESAW TRANSPORTATION, INC.; :
LANDSTAR SYSTEM, INC.; MCI     :
EXPRESS, INC.; MCKENZIE TANK   :
LINES, INC.; QUALITY DISTRIBUTION, :
INC.; RYDER SYSTEM, INC.; SAIA   :
MOTOR FREIGHT LINE, LLC;       :
SOUTHERN CAL TRANSPORT, INC.;  :
THE SUDDATH COMPANIES; TRUCKS, :
INC.; and UNITED PARCEL SERVICE, :
INC. (UPS).                      :

                                       :

                 Defendants.    :

_____    :

1

## UNOPPOSED MOTION AND MEMORANDUM
## FOR DOCKET CORRECTION

COMES NOW Plaintiff, PJC Logistics, LLC, and moves this Court for an Order directing the Clerk to correct the Court's official docket to correct scrivener's errors, and in support thereof, would respectfully show the Court as follows:

There exists a scrivener's error in the original Complaint in the instant action incorrectly identifying the law firm of IRELAND, CARROLL & KELLEY, P.C. being "Of Counsel" for Plaintiff, instead of R. Mark Dietz of the law firm of DIETZ & JARRARD, P.C., 106 Fannin Ave. East, Round Rock, Texas 78664, Tel. (512) 244-9314, Fax (512)-244-3766. *See* Complaint, Docket #1.   Attorney R. Mark Dietz is lead trial counsel for Plaintiff and has been addmitted *pro hac vice* in this action.  Attorney Steven R. Daniels has also been retained to represent Plaintiff and is admitted *pro hac vice* in this action. Otis W. Carroll and Wesley Hill of Ireland, Carroll, & Kelley **have not been retained** and **do not represent** the Plaintiff in this action.  It is appropriate to correct the error to ensure the service list is accurate and only the retained counsel are identified as representing Plaintiff.

Pursuant to Local Rule 1.08(a), the Clerk may not correct the scrivener's error without Court order.  Further, as the misidentified counsel is not admitted to practice before this Court, and no written designation and consent-to-act has been filed under Local Rule 2.02, it is appropriate to remove such counsel from the docket.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order directing the Clerk to correct the Court's official docket in this action, and such other and further relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff certifies that he does not know who will potentially represent

Defendants in this matter and is therefore unable to comply with Local Rule 3.01(g).

Respectfully submitted June 9, 2011.

/s/Brian R. Gilchrist
Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT**
  **MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:     (407) 841-2330
Facsimile:     (407) 841-2343

AND

R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone:     512-244-9314
Facsimile:      512-244-3766

AND

Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone:     512-582-2820
Facsimile:     512-733-3623
sdaniels@farneydaniels.com

**Attorneys for Plaintiff,**
PJC LOGISTICS, LLC

3

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on June 9, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

/s/Brian R. Gilchrist
Brian R. Gilchrist, Florida Bar No. 774065