IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Case No. 3:11-cv-0301-J-37TEM |
| | : | |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS). | : | **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** |
| | : | |
| Defendants. | : | |
| | : | |

# **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, through their undersigned attorneys, hereby discloses the following pursuant to this Court's Interested Persons Order (Docket No. 7):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more or a party's stock, and all other identifiable legal entities related to any party in the case:

PJC LOGISTICS, LLC

AAA COOPER TRANSPORTATION, INC.

ALLIED AUTOMOTIVE GROUP, INC.

ALLIED HOLDINGS, INC.

ARMELLINI EXPRESS LINES, INC.

ARNOLD TRANSPORTATION SERVICES, INC.

BOYD BROS. TRANSPORTATION, INC.

BYNUM TRANSPORT

CANNON EXPRESS, INC.

THE COCA-COLA COMPANY

COMCAR INDUSTRIES, INC.

CYPRESS TRUCK LINES, INC.

EAGLE MOTOR LINES, LLC

FLORIDA ROCK AND TANK LINES, INC.

INDIAN RIVER TRANSPORT CO.

JACKSON TRUCKING COMPANY, INC.

KENNESAW TRANSPORTATION, INC.

LANDSTAR SYSTEM, INC.

MCI EXPRESS, INC.

MCKENZIE TANK LINES, INC.

QUALITY DISTRIBUTION, INC.

RYDER SYSTEM, INC.

SAIA MOTOR FREIGHT LINE, LLC

SOUTHERN CAL TRANSPORT, INC.

THE SUDDATH COMPANIES

TRUCKS, INC.

UNITED PARCEL SERVICE, INC. (UPS)

BRIAN R. GILCHRIST, ESQ.

R. MARK DIETZ, ESQ.

STEVEN R. DANIELS, ESQ.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known other than disclosed above.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not applicable.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not applicable

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted June 9, 2011.

>*/s/Brian R. Gilchrist*
>Brian R. Gilchrist, FL Bar #774065
>bgilchrist@addmg.com
>**ALLEN, DYER, DOPPELT**
>  **MILBRATH & GILCHRIST, P.A.**
>255 South Orange Avenue, Suite 1401
>Post Office Box 3791
>Orlando, FL 32802-3791
>Telephone: (407) 841-2330
>Facsimile: (407) 841-2343
>
>AND
>
>R. Mark Dietz
>(*Admitted Pro Hac Vice*)
>rmdietz@lawdietz.com
>DIETZ & JARRARD, P.C.
>106 Fannin Avenue East
>Round Rock, TX 78664
>Telephone: 512-244-9314
>Facsimile: 512-244-3766

AND

Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone:	512-582-2820
Facsimile:	512-733-3623
sdaniels@farneydaniels.com

**Attorneys for Plaintiff,**
PJC LOGISTICS, LLC

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on June 9, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

*/s/Brian R. Gilchrist*
Brian R. Gilchrist, Florida Bar No. 774065