**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PJC LOGISTICS, LLC

    Plaintiff,

v.

                              Civil Case No. 3:11-00301-RBD-TEM

AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD: BROS. TRANSPORTATION, INC.; BYNUM : TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; -FLORIDA ROCK AND TANK LINES, INC.; -INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, : INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, : INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS),

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned enters an appearance as counsel of record for the following Defendants:

Allied Automotive Group, Inc.
Allied Holdings, Inc.
Armellini Express Lines, Inc.
Arnold Transportation Services, Inc.

Boyd Bros. Transportation, Inc.
Bynum Transport
The Coca-Cola Company
Comcar Industries, Inc.
Eagle Motor lines, LLC
Florida Rock and Tank Lines, Inc.
Indian River Transport Co.
Kennesaw Transportation, Inc.
Landstar System, Inc.
McKenzie Tank Lines, Inc.
Ryder System, Inc.
Southern Cal Transport, Inc. and
The Suddath Companies.

      Please serve copies of all pleadings and papers, and direct all further correspondence and other communication, to Defendants' counsel at the address below.

Dated: July 20, 2011

Respectfully submitted,

*s/ David B. Weinstein*
David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Trial Counsel for Allied Automotive Group, Inc.; Allied Holdings, Inc.; Armellini Express Lines, Inc.; Arnold Transportation Services, Inc.; Boyd Bros. Transportation, Inc.; Bynum Transport; The Coca-Cola Company; Comcar Industries, Inc.; Eagle Motor lines, LLC; Florida Rock and Tank Lines, Inc.; Indian River Transport Co.; Kennesaw Transportation, Inc.; Landstar System, Inc.; McKenzie Tank Lines, Inc.; Ryder System, Inc.; Southern Cal Transport, Inc.; and The Suddath Companies*

## **CERTIFICATE OF SERVICE**

I certify that on July 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CMECF system, which will send notification of this filing to counsel of record.

/s/ David B. Weinstein
Attorney