IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS),<br><br>    Defendants. | Case No. 3:11-cv-00301-RBD-TEM |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR
SAIA MOTOR FREIGHT LINE, LLC TO RESPOND TO THE COMPLAINT**

Defendant Saia Motor Freight Line, LLC ("Saia"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court for an order to extend the time for Saia to serve a response to the Complaint of Plaintiff PJC Logistics, LLC ("Plaintiff") and, in support, states as follows:

1. Plaintiff filed its Complaint against Saia, and other defendants, on March 29, 2011.

2. Saia executed a Waiver of Service of Summons on July 1, 2011.

3. Saia's response to the Complaint is currently due on or before August 1, 2011.

4. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and is scheduled to be heard on July 28, 2011.

5. On July 25, 2011, the Court granted certain other defendants in this action an extension of time to respond to the Complaint; through September 12, 2011 or 45 days after the Multi-District Litigation decision on the motion to transfer, whichever is sooner. Docket Entry No. 20, Endorsed Order.

6. Accordingly, in the interests of judicial economy, Saia respectfully requests that the Court extend its deadline to serve a response to the Complaint until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

7. Plaintiff does not oppose this motion and agrees to the requested extension of time.

8. This enlargement is not being requested for delay, and granting it will not cause undue prejudice.

WHEREFORE, Saia respectfully requests that the Court, pursuant to Federal Rule of Civil Procedure 6(b), enter an order for an enlargement of time to serve a response until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure Rule 6(b) provides that a Court, for cause shown, may, at any time, in its discretion and upon motion of a party, enlarge a period of time in which an act is to be conducted under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 6(b). Based on the foregoing, Saia respectfully submits that cause has been demonstrated for granting the requested enlargement of time.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules for the Middle District of Florida, Saia's counsel has consulted with Plaintiff's counsel regarding this motion and is authorized to represent that Plaintiff's counsel consents to the requested enlargement.

Dated: July 29, 2011

*/s/ Barry L. Haley*
Barry L. Haley, Esq. (FBN 123351)
Email: blh@mhdpatents.com
James G. Keys, III, Esq. (FB 63943)
Email: jgk@mhdpatents.com
MALIN HALEY DiMAGGIO BOWEN &
LHOTA, P.A.
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316
Telephone: (954)763-3303
Facsimile: (954) 522-6507

*Trial Counsel for Saia Motor Freight Line, LLC*

OF COUNSEL
Daniel A. Crowe, Esq.
Email: dcrowe@bryancave.com
Nick E. Williamson, Esq.
Email: nick.williamson@bryancave.com
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, the foregoing Unopposed Motion for an Enlargement of Time for Saia Motor Freight Line, LLC to Respond to the Complaint was filed with the Clerk of the Court using the CM/ECF system which will send electronic notice to all counsel of record on the service list.

_____
Barry L. Haley, Esq. (FBN 123351)
Email: blh@mhdpatents.com
James G. Keys, III, Esq. (FB 63943)
Email: jgk@mhdpatents.com
MALIN HALEY DiMAGGIO BOWEN & LHOTA, P.A.
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316
Telephone: (954)763-3303
Facsimile: (954) 522-6507