UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PJC LOGISTICS, LLC.,

    Plaintiff,

v.                                               CASE NO. 3:11-cv-301-J-37TEM

AAA COOPER TRANSPORTATION, et al,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon the Notice of Voluntary Dismissal Without Prejudice as to Defendant Cannon Express, Inc. (Doc. #21) filed July 26, 2011. Accordingly, it is:

**ORDERED**:

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Cannon Express, Inc. pursuant to Federal Rule os Civil Procedure 41(a)(1).

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of August, 2011.

ROY B. DALTON JR.
United States District Judge

Copies to:
    Counsel of Record