# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PJC LOGISTICS, LLC

    Plaintiff,

v.

AAA COOPER TRANSPORTATION,
INC. et al.

    Defendants.

Civil Case No. 3:11-00301-RBD-TEM

## NOTICE OF APPEARANCE

The undersigned enters an appearance as counsel of record for Defendant, Quality Distribution, Inc.

Please serve copies of all pleadings and papers, and direct all further correspondence and other communication, to Defendant's counsel at the address below.

Dated: August 5, 2011

Respectfully submitted,

*s/ David B. Weinstein*
David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Trial Counsel for Quality Distribution, Inc.*

*TPA 511568856*

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CMECF system, which will send notification of this filing to counsel of record.

/s/ David B. Weinstein
Attorney
