UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PJC LOGISTICS, LLC

    Plaintiff,

v.

                                              Civil Case No. 3:11-00301-RBD-TEM

AAA COOPER TRANSPORTATION,
INC., et al.

    Defendants.
_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT, QUALITY DISTRIBUTION, INC., TO RESPOND TO THE COMPLAINT

Defendant, Quality Distribution, Inc. ("Quality"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court for an order enlarging the time to serve a response to the Complaint. The grounds upon which this Motion is based are as follows:

1. Plaintiff commenced this action against Quality, and other defendants, by filing a Complaint on March 28, 2011, alleging Infringement of U.S. Patent No. 5,223,844.

2. Quality was served July 18, 2011.

3. Consequently, the current deadline for Quality to serve its response to the Complaint is August 8, 2011.

4. On April 13, 2011, a motion was filed, pursuant to 28 U.S.C. § 1407, with the United States Judicial Panel on Multidistrict Litigation ("JPML"), seeking consolidation of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249 and was heard on July 28, 2011.

5. Accordingly, in the interests of judicial economy, Quality respectfully requests the Court to extend the deadline for it to serve a response until the earlier of (a) 45 days after the JPML issues a decision on the Transfer Motion, or (b) September 12, 2011.

6. Plaintiff does not oppose this motion and agrees to the requested enlargement of time.

7. This enlargement is not being requested for delay and granting it will not cause undue prejudice.

**WHEREFORE,** Defendant, Quality Distribution, Inc. respectfully requests the Court to enter an order enlarging the time for Quality to serve a response to the Complaint until the earlier of (a) 45 days after the JPML issues a decision on the Transfer Motion or (b) September 12, 2011.

## MEMORANDUM OF LAW

Federal Rules of Civil Procedure Rule 6(b) provides that a Court, for cause shown, may, at any time, in its discretion and upon motion of a party, enlarge a period of time in which an act is to be conducted under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 6(b). Based on the foregoing, Defendant, Quality Distribution, Inc., respectfully submits that good cause has been demonstrated for granting the requested enlargement of time.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules for the Middle District of Florida, Quality's counsel has consulted with Plaintiff's counsel regarding this motion and is authorized to represent that Plaintiff's counsel consents to the requested enlargement.

**(Attorney's Signature Appears on Following Page)**

| | |
|---|---|
| Dated: August 5, 2011 | Respectfully submitted,<br><br>*s/ David B. Weinstein*<br>David B. Weinstein<br>Florida Bar No. 604410<br>weinsteind@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>625 East Twiggs Street, Suite 100<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900<br><br>*Trial Counsel for Quality Distribution, Inc.* |

OF COUNSEL:

Michael E. Florey
Fish & Richardson
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2011, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ David B. Weinstein*
Attorney