**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PJC LOGISTICS, LLC, | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : Case No. 3:11-cv-0301-J-37TEM |
| | : |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS). | : **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant MCI Express, Inc. has not yet received service of process and not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses MCI Express, Inc. without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted August 10, 2011.

*/s/Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT**
   **MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    (407) 841-2330
Facsimile:    (407) 841-2343

AND

R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone:    512-244-9314
Facsimile:    512-244-3766

AND

Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenu, Suite 200
Georgetown, TX  78626-5845
Telephone:     512-582-2820
Facsimile:     512-733-3623
sdaniels@farneydaniels.com

**Attorneys for Plaintiff,**
PJC LOGISTICS, LLC

## **CERTIFICATE OF FILING AND SERVICE**

I HEREBY CERTIFY that on August 10, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a notice of electronic filing to the following CM/ECF participants:

David B. Weinstein
FL Bar No. 604410
weinsteind@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone:  (813) 318-5700
Facsimile:   (813) 318-5900

*Counsel for Allied Automotive Group, Inc.; Allied Holdings, Inc.; Armellini Express Lines, Inc.; Arnold Transportation Services, Inc.; Boyd Bros. Transportation, Inc.; Bynum Transport; The Coca-Cola Company; Comcar Industries, Inc.; Eagle Motor lines, LLC; Florida Rock and Tank Lines, Inc.; Indian River Transport Co.; Kennesaw Transportation, Inc.; Landstar System, Inc.; McKenzie Tank Lines, Inc.; Ryder System, Inc.; Southern Cal Transport, Inc.; and The Suddath Companies*

*and*

*Counsel for Quality Distribution, Inc.*

James E. Canning, Esq.
(To be Admitted *Pro Hac Vice*)
jcanning@cravath.com
**CRAVATH, SWAINE & MOORE, LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Allied Automotive Group, Inc., et el.*

Michael E. Florey, Esq.
(To be Admitted *Pro Hac Vice*)
**FISH & RICHARDSON**
60 South Sixth Street
Minneapolis, MN  55402

*Counsel for Quality Distribution, Inc.*

| | |
|---|---|
| James Gilbert Keys, III, Esq.<br>FL Bar #63943<br>jgk@mhdpatents.com<br>Barry L. Haley, Esq.<br>FL Bar #123351<br>blh@mhdpatents.com<br>**MALIN, HALEY, DiMAGGIO,**<br>**BOWEN & LHOTA, P.A.**<br>1935 South Andrews Avenue<br>Ft. Lauderdale, FL  33316<br>Telephone:  (954) 763-3303<br>Facsimile:   (954) 522-6507<br><br>*Local Counsel for Saia Motor Freight* | Daniel A. Crowe<br>(To be admitted *Pro Hac Vice*)<br>dcrowe@bryancave.com<br>Nick E. Williamson<br>(To be admitted *Pro Hac Vice*)<br>nick.williamson@bryancave.com<br>**BRYAN CAVE, LLP**<br>211 N. Broadway, Suite 3600<br>St. Louis, MO  63102-2750<br>Telephone:     (314) 259-2000<br>Facsimile:      (314) 259-2020<br><br>*Trial Counsel for Saia Motor Freight*<br><br>*/s/Brian R. Gilchrist*<br>Brian R. Gilchrist, Florida Bar No. 774065 |