IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AAA COOPER TRANSPORTATION, )<br>INC.; ALLIED AUTOMOTIVE GROUP, )<br>INC.; ALLIED HOLDINGS, INC.; )<br>ARMELLINI EXPRESS LINES, INC.; )<br>ARNOLD TRANSPORTATION )<br>SERVICES, INC.; BOYD BROS. )<br>TRANSPORTATION, INC.; BYNUM )<br>TRANSPORT; CANNON EXPRESS, INC.; )<br>THE COCA-COLA COMPANY; COMCAR )<br>INDUSTRIES, INC.; CYPRESS TRUCK )<br>LINES, INC.; EAGLE MOTOR LINES, )<br>LLC; FLORIDA ROCK AND TANK )<br>LINES, INC.; INDIAN RIVER )<br>TRANSPORT CO.; JACKSON )<br>TRUCKING COMPANY, INC.; )<br>KENNESAW TRANSPORTATION, INC.; )<br>LANDSTAR SYSTEM, INC.; MCI )<br>EXPRESS, INC.; MCKENZIE TANK )<br>LINES, INC.; QUALITY DISTRIBUTION, )<br>INC.; RYDER SYSTEM, INC.; SAIA )<br>MOTOR FREIGHT LINE, LLC; )<br>SOUTHERN CAL TRANSPORT, INC.; )<br>THE SUDDATH COMPANIES; TRUCKS, )<br>INC.; and UNITED PARCEL SERVICE, )<br>INC. (UPS), )<br>)<br>Defendants. ) | Case No. 3:11-cv-00301-RBD-TEM |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE
<u>STATEMENT OF SAIA MOTOR FREIGHT LINE, LLC</u>**

Defendant Saia Motor Freight Line, LLC ("Saia"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Case Management Report (Doc. No. 3-1), respectfully submits the following disclosures to the Court.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Saia identifies: Saia Motor Freight Line, LLC and Saia, Inc.  Saia further identifies the named parties to this case and incorporates by reference each such party's Certificate of Interested Persons and Corporate Disclosure Statement.  Saia reserves the right to supplement this disclosure as necessary and/or required by this Court's Case Management Report (Doc. No. 3-1).

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Apart from its disclosures in Section 1, *supra*, Saia is not presently aware of any such entity.  Saia reserves the right to supplement this disclosure as necessary and/or required by this Court's Case Management Report (Doc. No. 3-1).

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Saia has nothing to disclose for this Section 3.  Saia reserves the right to supplement this disclosure as necessary and/or required by this Court's Case Management Report (Doc. No. 3-1).

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Apart from its disclosures in Section 1, *supra*, Saia is not presently aware of any such individual or corporate entity. Saia reserves the right to supplement this disclosure as necessary and/or required by this Court's Case Management Report (Doc. No. 3-1).

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 15, 2011                s/Barry L. Haley
                                      Barry L. Haley, Esq. (FBN 123351)
                                      Email: blh@mhdpatents.com
                                      James G. Keys, III, Esq. (FB 63943)
                                      Email: jgk@mhdpatents.com
                                      MALIN HALEY DIMAGGIO
                                      BOWEN & LHOTA, P.A.
                                      1936 South Andrews Avenue
                                      Fort Lauderdale, FL 33316
                                      Telephone: (954) 763-3303
                                      Facsimile: (954) 522-6507
                                      *Trial Counsel for Saia Motor Freight Line, LLC*

OF COUNSEL
Daniel A. Crowe, Esq.
Email: dcrowe@bryancave.com
Nick E. Williamson, Esq.
Email: nick.williamson@bryancave.com
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2011, the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF SAIA MOTOR FREIGHT LINE, LLC was filed with the Clerk of the Court using the CM/ECF system which will send electronic notice to all counsel of record on the service list.

        s/Barry L. Haley
Barry L. Haley, Esq. (FBN 123351)
Email: blh@mhdpatents.com
James G. Keys, III, Esq. (FB 63943)
Email: jgk@mhdpatents.com
MALIN HALEY DIMAGGIO
BOWEN & LHOTA, P.A.
1936 South Andrews Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 763-3303
Facsimile:  (954) 522-6507

**SERVICE LIST**

Brian R. Gilchrist
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343
Email: bgilchrist@addmg.com

R. Mark Dietz
Dietz & Jarrad, P.C.
106 Fannin Avenue, East
Round Rock, Texas 78664
Telephone: (512) 244-9314
Facsimile:  (512) 244-3766
Email: rmdietz@lawdietz.com

Steven R. Daniels
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2820
Facsimile:  (512) 582-2829
Email: sdaniels@farneydaniels.com
*Counsel for Plaintiff PJC Logistics, LLC*


James E. Canning
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1070
Facsimile:  (212) 474-3700
Email: jcanning@cravath.com
*Counsel for Defendants Allied Automotive Group, Inc., Allied Holdings, Inc., Armellini Express Lines, Inc., Arnold Transportation Services, Inc., Boyd Bros. Transportation, Inc., Bynum Transport, Comcar Industries, Inc., Eagle Motor Lines, LLC, Florida Rock and Tank Lines, Inc., Indian River Transport Co., Kennesaw Transportation, Inc., Landstar System, Inc., McKenzie Tank Lines, Inc., Ryder System, Inc., Southern Cal Transport, Inc., The Coca-Cola Company, and The Suddath Companies*

David B. Weinstein
Greenberg Traurig, LLP
625 East Twiggs Street, Suite 100
Tampa, FL 33602
Telephone: (813) 318-5701
Facsimile: (813) 318-5901
Email: weinsteind@gtlaw.com
*Counsel for Defendants Allied Automotive Group, Inc., Allied Holdings, Inc., Armellini Express Lines, Inc., Arnold Transportation Services, Inc., Boyd Bros. Transportation, Inc., Bynum Transport, Comcar Industries, Inc., Eagle Motor Lines, LLC, Florida Rock and Tank Lines, Inc., Indian River Transport Co., Kennesaw Transportation, Inc., Landstar System, Inc., McKenzie Tank Lines, Inc., Ryder System, Inc., Southern Cal Transport, Inc., The Coca-Cola Company, The Suddath Companies, and Quality Distribution, Inc.*

Michael E. Florey
Fish & Richardson, P.C.
3200 RBC Plaza
60 S. 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
Email: florey@fr.com
*Counsel for Quality Distribution*

I:\11000\11896\3901\Pleadings\WORD Docs\02_Saia Corporate Disclosure Statement.doc