UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PJC LOGISTICS, LLC.,

    Plaintiff,

v.                              CASE NO. 3:11-cv-301-J-37TEM

AAA COOPER TRANSPORTATION, et al,

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon the Notice of Voluntary Dismissal Without Prejudice as to Defendant MCI Express, Inc. (Doc. #27) filed August 10, 2011. Accordingly, it is:

**ORDERED**:

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant MCI Express, Inc. pursuant to Federal Rule os Civil Procedure 41(a)(1).

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of August, 2011.

_____
ROY B. DALTON JR.
United States District Judge

Copies to:
    Counsel of Record