UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PJC LOGISTICS, LLC.,**

    Plaintiff,

v.                                     CASE NO. 3:11-cv-301-J-37TEM

**AAA COOPER TRANSPORTATION, et al,**

    Defendants.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon the Notice of Voluntary Dismissal without Prejudice as to Defendant, Bynum Transport, (Doc. 17) filed July 19, 2011. Accordingly, it is:

**ORDERED**:

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant, Bynum Transport, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of August, 2011.

_____
ROY B. DALTON JR.
United States District Judge

Copies to:
    Counsel of Record