UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PJC LOGISTICS, LLC.,**

    **Plaintiff,**

v.                                      **CASE NO. 3:11-cv-301-J-37TEM**

**AAA COOPER TRANSPORTATION, et al,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

     On March 29, 2011 a Complaint was filed in this case. More than 120 days have elapsed. To date, the record reflects that service has not been perfected as to Defendants, AAA Cooper Transportation, Inc., Cypress Truck Lines, LLC, Jackson Trucking Company, Inc., Quality Distribution, Inc., and Trucks, Inc. Therefore, the Plaintiff is directed to show cause by a written response filed within fourteen (14) days of the date of this Order why this case should not be dismissed as to Defendant, AAA Cooper Transportation, Inc., Cypress Truck Lines, LLC, Jackson Trucking Company, Inc., Quality Distribution, Inc., and Trucks, Inc., pursuant to Local Rule 3.10, for lack of prosecution due to the failure to perfect service of process within the time prescribed by Federal Rules of Civil Procedure 4 (m).

     **DONE AND ORDERED** Jacksonville, Florida, this 25th day of August, 2011.

ROY B. DALTON JR.
United States District Judge

Copies to:
  Counsel of Record
  *Pro Se* Party