AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| PJC LOGISTICS, LLC <br> *Plaintiff* <br> v. <br> AAA COOPER TRANSPORTATION, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  3:11-cv-0301-J-99MMH-TEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AAA COOPER TRANSPORTATION, INC.
c/o Solutions, Inc., Registered Agent
155 Office Plaza Dr., Suite A
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian R. Gilchrist, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 South Orange Avenue, Ste. 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:  (407) 841-2330.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  APR 8 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-0301-J-99MMH-TEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 3:11-OU-301-J-99MMH-TEM



2011001285

Plaintiff:
**PJC LOGISTICES LLC**

vs.

Defendant:
**AAA COOPER TRANSPORTATION ;ETAL**

For:
Brian Gilchrist
ALLEN, DYER, DOPPELT, MILBRATH AND GILCH
P.O. Box 3791
Orlando, FL 32802-3791

Received by Hale Investigative/Process, Inc. on the 14th day of July, 2011 at 9:15 am to be served on **AAA COOPER TRANSPORTATION INC C/O SOLUTIONS INC RA, 155 OFFICE PLAZA DR. SUITE A, TALLAHASEE, FL 32301**.

I, Christopher Compton, do hereby affirm that on the **18th day of July, 2011** at **2:45 pm**, I:

SERVED the within named corporation by delivering a true copy of the SUMMONS IN A CIVIL ACTION/COMPLAINT at the address of 155 OFFICE PLAZA DR. SUITE A, TALLAHASEE, FL 32301 with the date and hour endorsed thereon by me to Kim Round as an employee of the Registered Agent listed with the Florida Division of Corporations, pursuant to F.S. 48.081 (3)(a).

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

Hale Investigative/Process, Inc.
P O Box 720426
Orlando, FL 32872-0426
(407) 275-6969

Our Job Serial Number: HIS-2011001285
Ref: 1285

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4n