AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| PJC LOGISTICS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:11-cv-0301-J-99MMH-TEM |
| AAA COOPER TRANSPORTATION, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CYPRESS TRUCK LINES, INC.
c/o D.V. Penland, Sr., Registered Agent
1300 Wigmore Street
Jacksonville, Florida 32206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian R. Gilchrist, Esq.
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 South Orange Avenue, Ste. 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 8 2011    *T. S____*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-0301-J-99MMH-TEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 3:11-OU-301-J-99MMH-TEM

Plaintiff:
**PJC LOGISTICES LLC**

vs.

Defendant:
**AAA COOPER TRANSPORTATION ;ETAL**

For:
Brian Gilchrist
ALLEN, DYER, DOPPELT, MILBRATH AND GILCH
P.O. Box 3791
Orlando, FL 32802-3791

Received by Hale Process on the 14th day of July, 2011 at 7:53 am to be served on **CYPRESS TRUCK LINES INC. C/O D V PENLAND SR RA, 1300 WIGMORE ST, JACKSONVILLE, FL 32206**.

I, Robert Mosley # 32, being duly sworn, depose and say that on the **20th day of July, 2011** at **11:25 am**, I:

Per F.S. 48031 (4)(a): I served a designated supervisory or adminstrative employee at the witness' place of employment, by delivering a true copy of the **SUMMONS IN A CIVIL ACTION/COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DAVID MACK** as **EMPLOYEE AUTHORIZED TO ACCEPT**, who stated they are authorized to accept service for **CYPRESS TRUCK LINES INC.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Robert Mosley # 32
Special Process Server

Hale Process
P.O. Box 720426
Orlando, FL 32872-0426
(407) 275-6969

Our Job Serial Number: HIS-2011001287

Service Fee: _____

Subscribed and Sworn to before me on the 22nd day of July, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

AMANDA CREWS
MY COMMISSION # EE 071630
EXPIRES: March 19, 2015
Bonded Thru Notary Public Underwriters

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i