AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| PJC LOGISTICS, LLC <br> *Plaintiff* <br> v. <br> AAA COOPER TRANSPORTATION, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. <br> 3:11-cv-301-J-99mmH-TEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TRUCKS, INC.
 105 Short Rd.
 Jackson, Georgia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian R. Gilchrist, Esq.
 Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
 255 South Orange Avenue, Ste. 1401
 Post Office Box 3791
 Orlando, FL 32802-3791
 Telephone: (407) 841-2330.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 29 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❏ I returned the summons unexecuted because _____ ; or

 ❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                  *Server's signature*

                   _____
                  *Printed name and title*

                   _____
                  *Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 3:11-OU-301-J-99MMH-TEM

Plaintiff:
**PJC LOGISTICES LLC**
vs.
Defendant:
**AAA COOPER TRANSPORTATION ;ETAL**

For: Brian Gilchrist
ALLEN, DYER, DOPPELT, MILBRATH AND GILCH

Received by Hale Process on the 13th day of July, 2011 at 11:38 am to be served on **TRUCKS INC., 105 SHORT ROAD, JACKSON, GA**. I, _Gilberto E. Howell, Jr._, do hereby affirm that on the _18th_ day of _July_, 20_11_ at _10_:_25a_.m., executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION/COMPLAINT in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Helen P. Willis_ as _Registered Agent and CEO_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Gilberto E. Howell_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Hale Process
P.O. Box 720426
Orlando, FL 32872-0426
(407) 275-6969

Our Job Serial Number: 2011001288

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d