# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, | |
| Plaintiff | |
| vs. | Case No. 0:11-cv-02550-DWF-SER |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS). | (Transferred from Middle District of Florida, Civil Action No. 3:11-cv-00301-UAMH-TEM)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendants. | |

COMES NOW, Plaintiff, PJC Logistics, LLC, by and through its attorney of record, and pursuant to the Court's Order of August 25, 2011, hereby submits the following as Response to the Court's Show Cause Order.

Plaintiff perfected service of process within 120 days of filing its complaint on Defendants, AAA Cooper Transportation, Inc., Cypress Truck Lines, LLC, Jackson Trucking Company, Inc., and Trucks, Inc., (*See* Exhibit A attached).

Respectfully submitted September 15, 2011.

>   */s/ Steven R. Daniels*
>   Steven R. Daniels
>   (*Admitted Pro Hac Vice*)
>   Farney Daniels, LLP
>   800 S. Austin Avenu, Suite 200
>   Georgetown, TX  78626-5845
>   Telephone:    512-582-2820
>   Facsimile:    512-733-3623
>   sdaniels@farneydaniels.com
>
>   AND
>
>   Brian R. Gilchrist, FL Bar #774065
>   bgilchrist@addmg.com
>   **ALLEN, DYER, DOPPELT**
>     **MILBRATH & GILCHRIST, P.A.**
>   255 South Orange Avenue, Suite 1401
>   Post Office Box 3791
>   Orlando, FL  32802-3791
>   Telephone:    (407) 841-2330
>   Facsimile:    (407) 841-2343
>
>   AND

        R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone:    512-244-9314
Facsimile:    512-244-3766
*Attorneys for Plaintiff,*
*PJC LOGISTICS, LLC*

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on September 15, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

*/s/ Steven R. Daniels*
*Steven R. Daniels*
*(Admitted pro hac vice)*