**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MINNESOTA**

IN RE:  VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT
LITIGATION

MDL NO. 11-2249

---

PJC LOGISTICS, LLC,

                Plaintiff

           vs.

AAA COOPER TRANSPORTATION,
INC.; ALLIED AUTOMOTIVE GROUP,
INC.; ALLIED HOLDINGS, INC.;
ARMELLINI EXPRESS LINES, INC.;
ARNOLD TRANSPORTATION
SERVICES, INC.; BOYD BROS.
TRANSPORTATION, INC.; BYNUM
TRANSPORT; CANNON EXPRESS, INC.;
THE COCA-COLA COMPANY;
COMCAR INDUSTRIES, INC.; CYPRESS
TRUCK LINES, INC.; EAGLE MOTOR
LINES, LLC; FLORIDA ROCK AND
TANK LINES, INC.; INDIAN RIVER
TRANSPORT CO.; JACKSON
TRUCKING COMPANY, INC.;
KENNESAW TRANSPORTATION, INC.;
LANDSTAR SYSTEM, INC.; MCI
EXPRESS, INC.; MCKENZIE TANK
LINES, INC.; QUALITY DISTRIBUTION,
INC.; RYDER SYSTEM, INC.; SAIA
MOTOR FREIGHT LINE, LLC;
SOUTHERN CAL TRANSPORT, INC.;
THE SUDDATH COMPANIES; TRUCKS,
INC.; and UNITED PARCEL SERVICE,
INC. (UPS),

                Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 0:11-cv-02550-DWF-SER

(Transferred from Middle District of
Florida, Civil Action No. 3:11-cv-
00301-UAMH-TEM)

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)**

      Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1).   According to Rule 41(a)(1) an action may be

dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before

service by the adverse party of an answer.  Defendant AAA Cooper Transportation, Inc. has not yet answered the complaint.  Accordingly, PJC Logistics voluntarily dismisses AAA Cooper Transportation, Inc., without prejudice pursuant to Rule 41(a)(1).

       Respectfully submitted September 15, 2011.

                                                    */s/ Steven R. Daniels*

                                                   Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenu, Suite 200
Georgetown, TX  78626-5845
Telephone:     512-582-2820
Facsimile:     512-733-3623
sdaniels@farneydaniels.com

AND

Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:     (407) 841-2330
Facsimile:     (407) 841-2343

AND

R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone:     512-244-9314
Facsimile:     512-244-3766
*Attorneys for Plaintiff,*
*PJC LOGISTICS, LLC*

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on September 15, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)