**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MINNESOTA**

IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION

MDL NO. 11-2249

---

| | |
|---|---|
| PJC LOGISTICS, LLC, | |
| Plaintiff | |
| vs. | Case No. 0:11-cv-02550-DWF-SER |
| AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS), | (Transferred from Middle District of Florida, Civil Action No. 3:11-cv-00301-UAMH-TEM) |
| | **CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| Defendants. | |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff withouth order of court by filing a notice of dismissal at any time

1

before service by the adverse party of an answer. Defendant AAA Cooper Transportation, Inc. has not yet answered the complaint. Accordingly, PJC Logistics voluntarily dismisses AAA Cooper Transportation, Inc., with prejudice pursuant to Rule 41(a)(1).

Respectfully submitted September 15, 2011.

/s/ Steven R. Daniels
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenu, Suite 200
Georgetown, TX 78626-5845
Telephone: 512-582-2820
Facsimile: 512-733-3623
sdaniels@farneydaniels.com

AND

Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT
 MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

AND

R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: 512-244-9314
Facsimile: 512-244-3766
*Attorneys for Plaintiff,
PJC LOGISTICS, LLC*

## **CERTIFICATE OF FILING**

      I HEREBY CERTIFY that on September 15, 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system.

      */s/ Steven R. Daniels*
      Steven R. Daniels
      (*Admitted Pro Hac Vice*)